IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RENE CASTILLO, Individually and on**          **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.          No. 5:20-cv-1269-FB-ESC

**ISEC INCORPORATED**          **DEFENDANT**

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SETTLEMENT APPROVAL

Now before the Court is the parties' Motion for Extension of Deadline to File Motion for Settlement Approval. The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED. It is, therefore,

**ORDERED** that parties have until and including May 22, 2023, to file their motion for settlement approval.

**SIGNED** this ____ day of _____, 2023.

_____
HONORABLE ELIZABETH CHESTNEY
UNITED STATES MAGISTRATE JUDGE