IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RENE CASTILLO, Individually and on Behalf of All Others Similarly Situated** | **PLAINTIFF** |
| vs.   No. 5:20-cv-1269-FB-ESC | |
| **ISEC INCORPORATED** | **DEFENDANT** |

### PLAINTIFF'S MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR SETTLEMENT APPROVAL

Plaintiff Rene Castillo, individually and on behalf of all others similarly situated, by and through his undersigned counsel, for their Motion for Extension of Time to File Motion for Settlement Approval, states as follows:

1. On March 30, 2023, the Parties filed a Joint Advisory and Notice of Settlement informing the Court that they were in the process of finalizing a settlement agreement. ECF No. 41.

2. The Parties filed their first Joint Motion for Extension of Time to File Motion for Settlement Approval, requesting that the deadline to file their motion for settlement approval be extended by twenty-two days, to May 22, 2023.

3. Plaintiff represents that the Parties have drafted and finalized a settlement agreement document and are in the process of fully executing it. In addition, the Parties have drafted a Motion for Approval.

Page 1 of 3
Rene Castillo, et al. v. ISEC Incorporated
U.S.D.C. (W.D. Tex.) No. 5:20-cv-1269-FB-ESC
Plaintiff's Motion for Extension of
Time to File Motion for Settlement Approval

4. Plaintiff avers that Defendant is currently in the process of executing the agreement and reviewing the draft Motion for Approval.

5. Accordingly, Plaintiff requests that the deadline to file the motion for settlement approval be extended by 7 days, to May 29, 2023.

6. This extension is sought in good faith and not for the purpose of delay.

7. Plaintiff's counsel attempted to reach counsel for Defendant the day of this Motion to file this Motion jointly. However, no response was received. Accordingly, Defendant is not a party to this Motion.

WHEREFORE, premises considered, Plaintiff prays this Court grant this Motion to extend the deadline to file their motion for settlement approval to May 29, 2023.

Respectfully submitted,

**RENE CASTILLO, Individually
And on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

Page 2 of 3
Rene Castillo, et al. v. ISEC Incorporated
U.S.D.C. (W.D. Tex.) No. 5:20-cv-1269-FB-ESC
Plaintiff's Motion for Extension of
Time to File Motion for Settlement Approval

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 22, 2023, a true and correct copy of the foregoing SECOND JOINT MOTION FOR EXTENSION was filed with the Clerk of Court via the CM/ECF system which served a copy to the following:

John M. Lynch
Lewis, Brisbois, Bisgaard & Smith, LLP
2100 Ross Avenue, Suite 2000
Dallas, TX 75201
John.lynch@lewisbrisbois.com

              */s/ Josh Sanford*
              Josh Sanford

Page 3 of 3
Rene Castillo, et al. v. ISEC Incorporated
U.S.D.C. (W.D. Tex.) No. 5:20-cv-1269-FB-ESC
Plaintiff's Motion for Extension of
Time to File Motion for Settlement Approval