IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**RENE CASTILLO, Individually and on**                                                                   **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.                                       No. 5:20-cv-1269-FB-ESC

**ISEC INCORPORATED**                                                                     **DEFENDANT**

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

Having considered Plaintiffs and Defendant's Joint Motion for Approval of Settlement, this Court hereby **GRANTS** the Motion and finds as follows:

The Settlement Agreement of the Parties is fair, adequate, and reasonable resolution of a bona fide dispute about wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and thus, the Settlement Agreement is **APPROVED**.

This matter is **DISMISSED** with prejudice. The Court retains jurisdiction over the matter for thirty (30) days to enforce the terms of the agreement.

It is so **ORDERED**.

SIGNED this _____ day of _____, 2023.

_____
**HONORABLE FRED BIERY**
**UNITED STATES DISTRICT JUDGE**