IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RENE CASTILLO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; JAMES CHAMBERS, ARTHUR DELANEY, CHRISTOPHER SEAN HINRICHS, JOSHUA HONG, LINDSAY LYTHGOE, BRIAN MCKINNEY, STEVEN LEE NORTHCUTT, RANDALL LEE REEVES, JOEL WILSON, GEORGE P. SNYDER, EVAN HERNANDEZ, STEVEN L. NORTHCUTT, BRIAN S. SUTTI, KENNETH COOPER, JAMES CHAMBERS, JACK D JOHANSEN, LEO HERNANDEZ, GUILLERMO PENA, SHLOTTIE J. PARKER, WARREN D. PAINTER, JORDAN M. MOLINA, CRISTIAN P. BARRELLEZA, *Plaintiffs,* vs. ISEC INCORPORATED, *Defendant.* | § § § § § § § § § § § § § § § § § § § § § § § § | SA-20-CV-01269-FB |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled and numbered cause of action, which was referred to the undersigned for all pretrial proceedings. On this day, the undersigned entered a report and recommendation, recommending the District Court approve the parties' proposed settlement agreement under the Fair Labor Standards Act. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

**IT IS SO ORDERED.**

SIGNED this 30th day of May, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE